# Exhibit 2

**Alpaca Securities LLC - Retail Order placement and execution using an Order Execution and Management System**

**Infringement of the '782 patent**

| Claim 20 | Evidence |
|---|---|
| 20. A method comprising: | Alpaca Securities performs a method of operating a system for transacting trades.<br><br>For example, Alpaca Securities operates, or otherwise uses, an order execution and management system for transacting trades in trading items such as securities. |






Source: https://alpaca.markets/stocks



| | |
|---|---|
| | Source: https://alpaca.markets/broker-dealers<br><br>**What investment services and advice can you provide me?**<br>Alpaca offers brokerage accounts and services to retail and institutional investors. Through these accounts, we facilitate trading in a variety of securities, including stocks, exchange-traded funds (ETFs), mutual funds, and options. For eligible customers, we also offer trading on margin and in fractional shares for certain securities. Orders are typically placed through Alpaca's client dashboard, a client-created trading algorithm integrated with our application programming interface (API), or via an authorized business partner's integration with our API. An "authorized business partner" may include other broker-dealers, or investment advisers, financial institutions or financial technology firms.<br><br>Source: https://files.alpaca.markets/disclosures/library/FormCRS.pdf |
| associating a plurality of trading entities each with an identifier using a processor implemented at least partly in hardware; | The system operated by Alpaca Securities, which system is implemented at least partly in hardware, uses a processor to associate each of multiple trading entities with an identifier.<br><br>For example, Alpaca Securities provides securities trading services to multiple clients, some of which are individual investors. Alpaca Securities provides these services via an order execution and management system. The order execution and management system assign an account identifier (e.g., a customer number) to each client.<br><br>**Individuals**<br><br>Alpaca Securities LLC supports individual taxable brokerage accounts. At this time, we do not support retirement accounts. |

| | |
|---|---|
| | **Alpaca Brokerage Account (Live Trading)**<br><br>After creating an Alpaca Paper Only Account, you can enable live trading by becoming an Alpaca Brokerage Account holder. This requires you to go through an account on-boarding process with Alpaca Securities LLC, a FINRA member and SEC registered broker-dealer. We now support brokerage accounts for individuals and business entities from around the world.<br><br>Source: https://docs.alpaca.markets/docs/account-plans<br><br>**Business trading accounts available at Alpaca**<br><br>Whether you're an individual or a business, you can open trading accounts at Alpaca. US Corporations and LLCs established by both U.S. and non-U.S. residents are supported with a $30,000 account minimum. Learn more about the account types that Alpaca offers.<br><br>Source: https://alpaca.markets/stocks |

| | |
|---|---|
| acquiring trade history information including a histories of trading transactions associated with a plurality of said identifiers using a processor implemented at least partly in hardware; | The system operated by Alpaca Securities acquires trade history information including histories of trading transactions associated with the identifiers.<br><br>For example, using the order execution and management system, Alpaca Securities provides securities trading services in the form of trading transactions to Alpaca Securities clients. The system stores the trading transactions according to the client's identifier in a database. The system accesses the trading history of a given client from the database using the client's account identifier.<br><br>The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>▪ Social Security number and income<br>▪ account balances and transaction history<br>▪ credit history and credit scores<br><br>Source: https://files.alpaca.markets/disclosures/library/AlpacaSecuritiesPrivacyNotice.pdf<br><br>**Account Activities**<br><br>The account activities API provides access to a historical record of transaction activities that have impacted your account.<br><br>Source: https://docs.alpaca.markets/docs/account-activities |

| Reasons we can share your personal information | Does Alpaca share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | Yes | No |
| **For our affiliates to market to you** | Yes | Yes |

Source:
https://files.alpaca.markets/disclosures/library/AlpacaSecuritiesPrivacyNotice.pdf

## Use of information collected via mobile devices

In connection with our mobile applications, Alpaca may use third-party service providers to analyze user activity to fix errors, monitor usage, and improve the performance of these mobile applications. For example, Alpaca receives reports on some of our mobile applications' aggregate usage and browsing patterns, including information about the type of device used, and other events occurring within our apps. Alpaca also receives reports on certain errors occurring within mobile applications.

| | |
|---|---|
| | Source: https://s3.amazonaws.com/files.alpaca.markets/disclosures/PrivacyPolicy.pdf |
| generating profiles of said trading entities based on said histories, each said profile containing information that indicates whether trading transactions associated with a trading entity would generate a profit; and | For example, the order execution and management system used by Alpaca Securities generates an account for each client. The account is associated with the trading history of that client and includes information that indicates if the client is a retail investor. Alpaca Securities order execution and management system enables investors to invest in US equities, such as those traded on the NYSE, NASDAQ, Cboe, and IEX stock exchanges.   |

Source: https://broker-app.alpaca.markets/login

## Account Activities

The account activities API provides access to a historical record of transaction activities that have impacted your account.

Source: https://docs.alpaca.markets/docs/account-activities

The types of personal information we collect and share depend on the product or service you have with us. This information can include:

- Social Security number and income
- account balances and transaction history
- credit history and credit scores

Source:
https://files.alpaca.markets/disclosures/library/AlpacaSecuritiesPrivacyNotice.pdf

Alpaca Securities collects non-public Personal Identifiable Information such as name, address, email, telephone number and employment information that identifies a customer as a retail investor as opposed to an institutional investor. Such information is needed to provide financial services, including mailing statements and transaction confirmation, and to ensure that their employees do not provide investment, legal or tax advice to retail investors. Alpaca Securities periodically reviews transaction history such as account balance and trading activity.

| | |
|---|---|
| | **What data do we collect?**<br>Alpaca collects personal data in the course of its business activities, including in connection with the opening of brokerage accounts, digital asset accounts, and some client services. We also collect personal data on certain areas of the Sites when you register for or apply for jobs through the Alpaca Recruitment Portal, create a user profile, register for Alpaca newsletters and alerts, and/or participate in public user posting areas (such as bulletin boards, discussion forums, and surveys). The personal data we collect and may be provided by you includes:<br>• name<br>• telephone number<br>• e-mail address<br>• address<br>• tax or government ID<br>• investment profile information<br>• background information (education, work experience) required to apply for a job<br><br>Source:<br>https://s3.amazonaws.com/files.alpaca.markets/disclosures/PrivacyPolicy.pdf |

| | |
|---|---|
| | (see below) |

| Reasons we can share your personal information | Does Alpaca share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes—** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes—** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes—** information about your creditworthiness | Yes | No |
| **For our affiliates to market to you** | Yes | Yes |

Source:
https://files.alpaca.markets/disclosures/library/AlpacaSecuritiesPrivacyNotice.pdf

Alpaca does not provide recommendations or investment advice regarding securities or investment strategies, including advice on account types. We do not monitor your account or investments for performance or suitability. When you place trades through Alpaca, we are responsible for executing, clearing and settling those trades. Your funds and securities are custodied by Alpaca. We deliver your account statements and trade confirmations electronically. There are no minimum account sizes or investment amounts required to open an account with us.

Source: https://files.alpaca.markets/disclosures/library/FormCRS.pdf

When the client is a retail investor, a trading transaction for a security that is executed as a Retail Order would generate a profit for the client and for a Liquidity Provider of that security.

Multiple securities exchanges (e.g., NYSE, NASDAQ, CBOE, and IEX) have special programs to provide price incentives for retail investors and Liquidity Providers when executing Retail Orders made on behalf of individual investors. For example,

| | |
|---|---|
| | under the NYSE Retail Liquidity program, Retail Liquidity Providers (RLPs) receive “economic benefits” Those benefits include NYSE transaction fee reductions and credits (see amounts from the “New York Stock Exchange Price List 2025” below). Those fee reductions and credits directly increase the profit made by RLPs who provide liquidity under the program by reducing their transaction costs. Therefore, when a profile indicates that a trading entity is a retail investor, trading transactions associated with that entity will generate a profit for the RLP by virtue of reduced transaction costs.<br><br>Liquidity Providers make a profit on the spread between the bid and ask price for an equity in exchange for providing liquidity in that equity. The transaction fees are a cost of providing that liquidity and consequently detract from the profit. Therefore, a reduction in transaction fees will result in higher profits. The Retail Programs of other exchanges mentioned in the chart (e.g., NASDAQ, Cboe, and IEX) provide similar economic benefits to RLPs. |

Fees and Credits Applicable to Executions in the Retail Liquidity Program

| | |
|---|---|
| Retail Liquidity Provider ("RLP") credit fee per share per execution of a Retail Price Improvement Order ("RPI") against a Retail Order (this rate is applicable to an RLP during the first two calendar months of operation as an RLP, and, beginning on the first day of the third consecutive calendar month of operation as an RLP, is applicable to an RLP that satisfies the applicable percentage requirement of Rule 7.44) | $0.0003 |
| Fee per share per execution of an RPI against a Retail Order by an RLP that, beginning on the first day of the third consecutive calendar month of operation as an RLP, does not satisfy the applicable percentage requirement of Rule 7.44 | $0.0003 |
| Non-RLP member organization (except DMMs) credit per share per execution of an RPI against a Retail Order | $0.0003 |
| Retail Member Organization ("RMO") credit per share per execution of a Retail Order against an RPI or MPL Order (An RMO shall be charged according to standard fee applicable to non-Retail Orders for a Retail Order that executes against the Book. The standard routing fee shall apply to a Retail Order that is routed away from the Exchange and executed on another market) | No charge |
| Non-RLP DMM credit per share per execution of an RPI against a Retail Order | $0.0020 |

Source: https://www.nyse.com/publicdocs/nyse/markets/nyse/NYSE_Price_List.pdf

Additionally, the Retail Investor receives price improvement for retail orders, wherein the equity is priced better than the best PBBO (protected best bid and offer), which for a retail buyer means the buyer will pay a lower price than the best bid price, and for a retail seller means the seller will receive a higher price than the best offer price. Therefore, trading transactions associated with the trading entity, specifically retail orders, will be instantly profitable due to the price improvement under the retail program as compared to the market pricing of the same equity for non-retail market participants. Therefore, the trading entity's profile, which

confirms the entity's status as a retail investor, indicates that trading transactions executed under the retail program will generate such profits.

NYSE Retail Orders and Retail Liquidity Program

# NYSE and NYSE National Retail Liquidity

The NYSE and NYSE National Retail Liquidity programs promote cost savings through price improvement for individual investors on retail order flow for securities that trade on the NYSE and NYSE National markets. Offering price improvement for retail orders within an exchange environment offers individual investors new economic incentives and provides greater transparency, liquidly and competition in the U.S. cash equities marketplace. The program can be utilized by retail firms directly as well as by the brokers that service retail order flow providers.

## Two Classes of Market Participants

- **Retail Member Organizations (RMOs)** who are eligible to submit certain retail order flow (Retail Orders) that is eligible for price improvement. (NYSE and NYSE National)
- **Retail Liquidity Providers (RLPs)** who provide price improvement for Retail Orders in the form of non-displayed interest priced better than the best PBBO. RLPs received economic benefits in exchange for meeting performance obligations. RLPs that miss obligations do not receive enhanced economics. The Exchanges have the right to revoke RLP status. (NYSE only)

Source: https://www.nyse.com/markets/liquidity-programs

**NASDAQ Retail Orders and Retail Liquidity Program**

Nasdaq

NORTH AMERICAN MARKETS

# BX Retail Price Improvement

NASDAQ OMX BX has introduced the Retail Price Improvement Program (BX RPI), a program that encourages enhanced cost savings for individual investors,while offering the unparalleled liquidity and transparency.

## Eligible Market Participants

**Retail Member Organization (RMO)**

Retail Member Organizations are Exchange Members who have been approved by BX to submit Retail Orders. To qualify as a RMO, a Member must meet the following criteria:

**There are 2 types of Retail Orders:**

**Type 1:**

Only interacts with price-improving liquidity.

- Shares that remain unexecuted after interacting with price improving liquidity are cancelled.
- Only executes at prices that are better than the NBBO.

**Type 2:**

Interacts with Retail Price Improving liquidity and liquidity on the BX Book.

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

Cboe

Markets | Cboe Data Vantage | Tradable Products | Listings | Indices | Education | About

Insights | Derivatives Market Research | Equities Market Research | Guest Author Series | Data Analytics and Indices | Our Stories | More

# Retail Price Improvement Provides Unique Opportunities for Retail Investors and Liquidity Providers

*May 1, 2024*

## Key Takeaways

- Retail trading has increased, but the majority of equities volume is executed off-exchange, limiting opportunities to interact with retail order flow on-exchange
- Retail Price Improvement (RPI) Orders on Cboe's BYX Equities Exchange provide a unique opportunity to interact exclusively with Retail Orders on-exchange, at price improvement levels in 1/10 of a cent increments
- Ample retail missed opportunities exist on BYX in high value stocks, including large-cap stocks in the S&P 500 and Russell 1000 indices

Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/

**IEX Retail Orders and Retail Liquidity Program**

| | |
|---|---|
| | Retail Program<br><br>**Overview**<br><br>Broker-dealers that serve individual retail investors can apply to be Retail Member Organizations (RMOs), which can send Retail orders to IEX Exchange on behalf of their clients. Individual retail investors cannot trade directly on IEX Exchange.<br><br>Any broker-dealer Member of IEX Exchange can send Retail Liquidity Provider (RLP) orders, which operate as M-Peg orders that can only execute against Retail orders.<br><br>Source: https://www.iexexchange.io/products/retail-program#resources<br><br>**Priority & Pricing**<br>RLP orders, which only trade against eligible Retail orders, execute in price-time priority at the midpoint, outranking D-Peg orders, which rest outside the NBBO. RLP orders will be accepted and queued during pre-market but are only eligible to execute during the Regular Market Session. Open RLP orders are canceled at the end of the Regular Market Session.<br><br>Eligible Retail orders and RLP orders trade for free.<br><br>Source: https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf<br><br>Additionally, Alpaca Securities tracks transactions made by trading entities. The entity's profile includes histories of those transactions for at least the purpose of providing transaction confirmations and account statements. Alpaca Securities |

receives income from some routing venues in the form of payment from the venue and/or shared execution income with the venue depending on the characteristics of an order and any subsequent executions. Therefore, by virtue of the transaction history, a trading entity profile includes an indication whether trading transactions associated with the entity would generate a profit for Alpaca Securities. For example, in the case where Alpaca Securities would receive a payment from a venue or a share in execution income for a trading transaction or subsequent transaction.

> The types of personal information we collect and share depend on the product or service you have with us. This information can include:
>
> - Social Security number and income
> - account balances and transaction history
> - credit history and credit scores

Source: https://files.alpaca.markets/disclosures/library/AlpacaSecuritiesPrivacyNotice.pdf

> Alpaca does not provide recommendations or investment advice regarding securities or investment strategies, including advice on account types. We do not monitor your account or investments for performance or suitability. When you place trades through Alpaca, we are responsible for executing, clearing and settling those trades. Your funds and securities are custodied by Alpaca. We deliver your account statements and trade confirmations electronically. There are no minimum account sizes or investment amounts required to open an account with us.

Source: https://files.alpaca.markets/disclosures/library/FormCRS.pdf

| | |
|---|---|
| | **What fees will I pay?**<br>We generally do not charge a commission for trades, unless you enroll in Alpaca Elite or our arrangement with your authorized business partner precludes commission-free trading. If your account is established via an authorized business partner, please refer to the fee schedule provided through your authorized partner's website or platform. For more information, please refer to the Alpaca Securities Brokerage Fee Schedule and https://alpaca.markets/elite.<br><br>Some investments (e.g. ETFs) impose additional fees that will reduce the value of your investment over time. We may charge you additional fees, such as margin interest fees, stock borrow fees, and wire fees, per our published fee schedule. Please ensure you review the fees and costs identified on any confirmations and statements you receive.<br><br>You will pay fees and costs whether you make or lose money on your investments. Fees and costs will reduce any amount of money you make on your investments over time. Please make sure you understand what fees and costs you are paying.<br><br>**What are your legal obligations to me when providing recommendations? How else does your firm make money and what conflicts of interest do you have?**<br>We do not provide recommendations. The way we make money creates some conflicts with your interests. You should understand and ask us about these conflicts because they can affect the services we provide you. Here are some examples to help you understand what this means.<br><br>When you buy or sell securities, Alpaca receives Payment For Order Flow (PFOF) from third-party market centers to which we route your orders for part or all of your transactions, so we have an incentive for you to trade more. When you trade on margin, we earn interest on the amount you borrow, so we have an incentive for you to trade more on margin.<br><br>Source: https://files.alpaca.markets/disclosures/library/FormCRS.pdf<br><br>Under SEC Rule 606(b)(1), customers can request specific order routing and execution information for the preceding six months. The information will include the identity of the venue where your orders were routed for execution, whether the orders were directed or non-directed, and if executed, the time of execution.<br><br>Under SEC Rule 606(b)(3), broker-dealers are required, upon request of a customer that places not-held orders, to provide specific disclosures regarding routing and execution of such orders for the prior six months.<br><br>Source: https://alpaca.markets/disclosures |

| | |
|---|---|
| generating different offers to buy or to sell a trading item to different trading entities based on the profiles of individual trading entities, the offer being processed through an exchange that processes trading transactions for items having a bid/offer spread, using a processor implemented at least partly in hardware. | For example, Alpaca Securities receives a request from one of its clients to buy or sell a trading item such as a security on the clients' behalf. In the case of the client being an individual investor, based on the client's profile, the system generates a buy or sell Retail Order and routes the order to the appropriate exchange that has a Retail Liquidity Program for that security. The exchange processes the order according to the bid/offer spread agreement of the Retail Liquidity Program.<br><br>Alpaca Securities sends equity orders to exchanges, electronics communication networks or broker-dealers. The order routing decisions are based on a number of factors, including the opportunity for price improvement. Alpaca Securities regularly reviews routing decisions to ensure that the orders meet Alpaca Securities' duty of best execution.<br><br>**What are your legal obligations to me when providing recommendations? How else does your firm make money and what conflicts of interest do you have?**<br>We do not provide recommendations. The way we make money creates some conflicts with your interests. You should understand and ask us about these conflicts because they can affect the services we provide you. Here are some examples to help you understand what this means.<br><br>When you buy or sell securities, Alpaca receives Payment For Order Flow (PFOF) from third-party market centers to which we route your orders for part or all of your transactions, so we have an incentive for you to trade more. When you trade on margin, we earn interest on the amount you borrow, so we have an incentive for you to trade more on margin.<br><br>Source: https://files.alpaca.markets/disclosures/library/FormCRS.pdf |

| | |
|---|---|
| | Under SEC Rule 606(b)(1), customers can request specific order routing and execution information for the preceding six months. The information will include the identity of the venue where your orders were routed for execution, whether the orders were directed or non-directed, and if executed, the time of execution.<br><br>Under SEC Rule 606(b)(3), broker-dealers are required, upon request of a customer that places not-held orders, to provide specific disclosures regarding routing and execution of such orders for the prior six months.<br><br>Source: https://alpaca.markets/disclosures<br><br>**NYSE Retail Orders and Retail Liquidity Program**<br><br>**Retail Order Overview**<br><br>A Retail Order is an agency that originates from a natural person and is submitted to the Exchange by an RMO. The order cannot originate from a trading algorithm or any other computer methodology. The Retail Order interacts with Retail Price Improvement (RPI) orders and other available orders that are priced better than the contra-side PBBO. RPI orders may be sent by RLPs or any other market participant. NYSE sends an indicator to both the NYSE XDP and SIP feeds when RPIs are available, indicating the side of the interest but not the size.<br><br>Source: https://www.nyse.com/markets/liquidity-programs<br><br>**NASDAQ Retail Orders and Retail Liquidity Program** |

## Orders

**Retail Order**

Retail Orders are agency or riskless-principal orders that seek price improvement and originate from a natural person.

Retail Orders will always receive the most price improvement possible.

Retail orders can only be submitted to BX by an approved RMO and must meet the following conditions:

- Must be an "Immediate or Cancel" (IOC) order. Any Retail Orders submitted with a time-in-force greater other than IOC will be converted to an IOC order.
- Must be submitted with an explicit limit price.
- May not be submitted in sub-penny increments.
- Must be submitted through a Retail Only Port.

**Retail Price Improvement Order (RPI Order)**

RPI orders consist of non-displayed interest on BX that is priced better than the Protected National Best Bid or the Protected National Best Offer (NBBO) by at least $0.001.

All RPI orders are booked in accordance with a price-time priority.

RPI Orders are only permitted to add liquidity and can only execute against incoming Retail Orders.

Additionally, RPI orders must meet the following conditions:

- Must be submitted with a limit price.
- RPI orders can be an explicitly priced limit order or implicitly priced at the NBBO with a positive offset.
- Must be submitted for securities priced greater than $1.00.
- Must be submitted with a minimum increment of $0.001.

nasdaq.com/solutions/equities 1

Source: https://www.nasdaqtrader.com/content/BXRPIfs.pdf

**Cboe Retail Orders and Retail Liquidity Program**

| | |
|---|---|
| | Retail trading has increased in recent years, with more retail participants investing in a variety of asset classes, including equities. However, a large portion of this is executed off-exchange, limiting the opportunities for on-exchange investors to interact with retail order flow. Cboe has introduced many incentives to increase on-exchange retail trading, including Retail Priority, pricing incentives for low cost remove and premium rebates for Retail Orders[1], and the EDGX Retail Membership Program, a program that gives retail brokers that become a direct member on EDGX discounts on port fees and market data. Retail pricing tiers also give growing retail firms additional rebates. The Retail Price Improvement (RPI) program on Cboe's BYX Equities Exchange provides a unique opportunity for liquidity providers to interact exclusively with inbound Retail Orders seeking price improvement. In Cboe's latest Equities Execution Consulting study, we examine the benefits and opportunities of interacting with Retail Orders through the RPI program.<br><br>**How Do Retail Orders and RPI Work?**<br><br>RPI Orders[2] offer the ability to give price improvement in 1/10 of a cent increments ($0.001) better than the NBB or NBO, to Retail Orders only. Retail Member Organizations[3] that submit Retail Orders to BYX may receive price-improved executions on the exchange, giving retail investors exclusive access to price-improved liquidity from RPI Orders. Retail Orders can also receive price improvement by executing against other hidden liquidity in addition to RPI Orders, such as midpoint pegs, and may receive an enhanced rebate for interacting with price-improving orders.<br><br>Source: https://www.cboe.com/insights/posts/retail-price-improvement-provides-unique-opportunities-for-retail-investors-and-liquidity-providers/<br><br><br><br>**IEX Retail Orders and Retail Liquidity Program** |

# Retail Order Type

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier.

## Overview

Any order submitted by a Retail Member Organization that is designated with a "Retail order" modifier. Retail orders must reflect trading interest of a natural person, with no change made to the terms of the underlying order of the natural person with respect to price (except in the case of a market order that is changed to a marketable limit order) or side of market. Additionally, they must originate from individuals and cannot originate from a trading algorithm or any other computerized methodology.

### Retail Order Details

Retail orders must be submitted as D-Peg or M-Peg orders with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK) and are eligible to interact with Retail Liquidity Provider orders (RLP orders, see below) as well as other orders priced to execute at the midpoint or a more aggressive price. Any unexecuted portion of Retail orders will be canceled once all eligible available liquidity on IEX Exchange is exhausted.

Source: https://www.iexexchange.io/products/retail-program#resources

# Retail Liquidity Provider

Retail Liquidity Provider (RLP), which can be submitted by any Member, is a variation of a Midpoint Peg (M-Peg) order that only executes against eligible Retail orders.

## Retail Liquidity Provider Details

Like M-Peg, RLP is a non-displayed order type that is priced at the less aggressive of the midpoint price or the order's limit price. Eligible Retail orders are those that are designated with a "Retail order" modifier, are either an M-Peg or D-Peg with a Time-in-Force (TIF) of Immediate or Cancel (IOC) or Fill-or-Kill (FOK), and are submitted by a Retail Member Organization (RMO).

RLP orders interact with eligible Retail orders in price-time priority at the midpoint price, outranking D-Peg orders, which rest outside the NBBO. When there is at least one round lot (in aggregate) of RLP interest available and eligible to trade at the midpoint price that offers at least 10 mils of price improvement, a Retail Liquidity Indicator (RLI) will be disseminated via IEX market data feeds (TOPS and DEEP) and the SIP.

Source:
https://cdn.prod.website-files.com/635ad1b3d188c10deb1ebcba/63c024451d393a27417b406b_RLP_Retail_Liquidity_Provider_Order_Overview.pdf